**92–1987.** Leber v. Smith. *Erie County*, No. E–87–43. Reported at 65 Ohio St.3d 1475, 604 N.E.2d 167. On motion for rehearing. Rehearing denied.

SWEENEY and DOUGLAS, JJ., dissent.

RESNICK, J., not participating.